# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**KEVIN CHISM**                                                    **PETITIONER**

v.                       **CASE NO. 2:17CV00170 JLH/PSH**

**GENE BEASLEY, Warden,**
**Forrest City Low**                                                    **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 13th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE