IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

KEVIN CHISM                                                              PETITIONER

v.                              CASE NO. 2:17CV00170 JLH/PSH

GENE BEASLEY, Warden,
Forrest City Low                                                        RESPONDENT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE